AW (Rev. EDNY 1998) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

DWAYNE JONES,

Defendant

**WARRANT FOR ARREST**

**CASE NUMBER:** 06- 295M

TO: The United States Marshal
and any Authorized United States Officer
and any Special Agent, Office of the Inspector General,
U.S. Department of Housing and Urban Development

YOU ARE HEREBY COMMANDED to arrest Dwayne Jones

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) SEE ATTACHED

in violation of Title __18__ United States Code, Section(s) 371, 1010 and 2

HON. LOIS BLOOM
Name of Issuing Officer

[signature]
Signature

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

March 14, 2006 Brooklyn, New York
Date and Location

Bail fix _____ By _____

**RETURN**

This warrant was received and executed with the arrest of the above name defendant at

219-20 104th Ave., Queens Village, NY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| March 14, 2006 | | [signature] |
| DATE OF ARREST | SPECIAL AGENT CHRISTINA STARINH | |
| March 16, 2006 | | |